1  MCGREGOR G. SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700                    **OK/HAV**

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. Cr-S-05-0550 DFL
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND ORDER RE:
15      v.                         ) CONTINUING STATUS CONFERENCE AND
                                   ) EXCLUDING TIME UNDER THE SPEEDY
16  ROBERT HALDEMAN,               ) TRIAL ACT
                                   )
17              Defendant.         )
                                   )
18  _____ )

19

20

21      On December 27, 2005, the defendant, Robert HALDEMAN, appeared

22  before U.S. Magistrate Judge Kimberly J. Mueller who arraigned him on

23  charges he transported visual depictions of minors engaged in sexually

24  explicit conduct as alleged in indictment, Cr.S. 05-550-DFL.   The

25  defendant was represented at his arraignment by retained counsel, Peter

26  Kmeto.  The government was represented by Assistant U.S. Attorney

27  Laurel D. White.   The defendant entered not guilty pleas and requested

28  a jury trial.  Following his entry of plea, defendant's counsel asked

1  that the court set this matter on the district court's calendar on

2  January 26, 2006, for a status conference.  The parties stipulated that

3  the time between December 27, 2005 and January 26, 2006,  should be

4  excluded under the Speedy Trial Act in order to provide the defense

5  time to prepare.  At the time, the defense had just received

6  preliminary discovery and had not had time to examine any of the images

7  the government alleged he distributed.  Additionally, the forensics had

8  not been completed on the defendant's computers and computer disks.

9  Defense counsel also informed the government that he intended to have

10  the defendant evaluated by a psychologist.  The Magistrate Judge

11  ordered that the time between December 27, 2005, and January 26, 2006,

12  be excluded pursuant to Local Code T-4, and T-2, due to defense

13  counsel's need to prepare and the complexity of the case.

14       Since defendant's arraignment, the parties have had numerous

15  discussions aimed at resolving the case.   While resolution is likely,

16  the parties agree they need to conduct additional research and

17  investigation prior to the resolution of the case.   Defendant's

18  counsel, Peter Kmeto, is currently involved in a trial before U.S.

19  District Court Judge Frank C. Damrell, which makes it difficult for him

20  to attend to remaining issues in defendant Haldeman's  case.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Accordingly, the parties request that the current status
2    conference of January 26, 2006, be vacated and that the case be
3    continued to February 23, 2006, for a status conference/change of plea
4    hearing.   The parties further ask that the court find that the time
5    between January 26, 2006, and February 23, 2006, be excluded from the
6    provisions of the Speedy Trial Act pursuant to 18 U.S.C.
7    §3161(h)(8)(iv) and Local Code T-4, in order to provide the parties
8    with the time needed for effective preparation and continuity of
9    counsel.

10   Dated: January 25, 2006              Respectfully submitted,

11                                        McGREGOR w. SCOTT
                                          United States Attorney
12

13
                                             //S// Laurel D. White
14                                        LAUREL D. WHITE
                                          Assistant U.S. Attorney
15

16                                           //s// Laurel D. White
                                          w/permission of and for
17                                        PETER KMETO
                                          Attorney for Defendant
18                                        Robert Haldeman

19

20

21

22

23

24

25

26

27

28

**O R D E R**

There being good cause therefor, the Court hereby VACATES the presently scheduled status conference of January 26, 2006 and sets this matter for a status conference/change of plea hearing on February 23, 2006 at 10:00 A.M.  Time under the Speedy Trial Act shall continue to be excluded from January 26, 2006, through and including February 23, 2006, pursuant to 18 U.S.C. §3161(h)(8)(iv) and Local Code T-4, for preparation of counsel, for the reasons stated in the Stipulation and Order filed by the parties on or about January 25, 2006.

Dated:  1/31/2006

_____
DAVID F. LEVI
United States District Judge

4