```
McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CR-00550 DFL |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ROBERT ALAN HALDEMAN, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert Haldeman, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Robert Haldeman's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Dell Laptop computer, Model 8200, serial number G69QQ11;

    b.   USB Web Cam, Model DV3100; and

    c.   Dell CPU, Model 4100, 4MHX901.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violations of 18 U.S.C. §

1 | 2252(a)(1).

2 | 3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-described property.
4 | That the aforementioned forfeited property shall be seized and held
5 | by the United States Marshals Service, in its secure custody and
6 | control.

7 | 4.  a.  Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
8 | 83-171, the United States forthwith shall publish at least once for
9 | three successive weeks in the <u>Auburn Sentinel</u> (Placer County), a
10 | newspaper of general circulation located in the county in which the
11 | above-described property was seized, notice of this Order, notice of
12 | the Attorney General's (or a designee's) intent to dispose of the
13 | property in such manner as the Attorney General may direct, and
14 | notice that any person, other than the defendant, having or claiming
15 | a legal interest in the above-listed property must file a petition
16 | with the Court within thirty (30) days of the final publication of
17 | the notice or of receipt of actual notice, whichever is earlier.

18 | b.  This notice shall state that the petition shall be for
19 | a hearing to adjudicate the validity of the petitioner's alleged
20 | interest in the property, shall be signed by the petitioner under
21 | penalty of perjury, and shall set forth the nature and extent of the
22 | petitioner's right, title or interest in the forfeited property and
23 | any additional facts supporting the petitioner's claim and the
24 | relief sought.

25 | c.  The United States may also, to the extent practicable,
26 | provide direct written notice to any person known to have alleged an
27 | interest in the property that is the subject of the Order of
28 | Forfeiture, as a substitute for published notice as to those persons

so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this 15 day of June, 2006.

_____
DAVID F. LEVI
United States District Judge