```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-00550 DFL |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ALAN HALDEMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on June 16, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Robert Alan Haldeman forfeiting to the United States the following properties:

      a.   Dell Laptop computer, Model 8200, serial number G69QQ11;

      b.   USB Web Cam, Model DV3100; and

      c.   Dell CPU, Model 4100, 4MHX901.

AND WHEREAS, on June 30, July 7 and 14, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Auburn Sentinel</u> (Placer County), a newspaper of

1

1 general circulation located in the county in which the subject
2 properties were seized.  Said published notice advised all third
3 parties of their right to petition the court within thirty (30) days
4 of the publication date for a hearing to adjudicate the validity of
5 their alleged legal interest in the forfeited properties;
6     AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject properties, and the time for any person
8 or entity to file a claim has expired.
9     Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed properties pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 Robert Alan Haldeman.
15     2.  All right, title, and interest in the above-described
16 properties shall vest solely in the name of the United States of
17 America.
18     3.  The United States shall maintain custody of and control
19 over the subject properties until it is disposed of according to
20 law.
21     SO ORDERED THIS <u>22nd</u> day of <u>September</u>, 2006.

/s/ David F. Levi  
DAVID F. LEVI  
United States District Judge

2